IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | 4:05 CR 00008-007 |
| | | 4:06 CR 00001-001 |
| CEASAR H. CANTU | § § § | |

### LIST OF EXHIBITS

1. Copy of Inmate Skills Development Plan - Please note the comments related to my participation in the START Program in the Character section of the plan/report by BOP officials.
2. Copy of newspaper clipping that shows an article about our involvement in the community with this program in the Central Louisiana area. The inmate pictured in the article is me. I am committed to helping to keep as many kids out of jail as I can and intend to continue this work beyond these walls and my time of incarceration.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:05 CR 00008-007 |
| | § | 4:06 CR 00001-001 |
| CEASAR H. CANTU | § | |
| | § | |

EXHIBIT ATTACHMENT LIST

1. Copy of June 3, 2012 newspaper article about the START program inmates from Oakdale Prison Camp. This article covers an event that is common in the Central Louisiana Region for our team. The inmate pictured in the article delievering the message is me, Ceasar H. Cantu. I am personally committed to this program and helping kids stay off drugs and out of prison. I will continue this mission even after release through various ministries or whatever means may be available.

# Ville Platte Gazette

**VILLE PLATTE, LOUISIANA**

98th Year Number 45 — $1.00

Good Morning!
**Sunday June 3, 2012**

EVANGELINE PARISH



*See photos from the annual Senior Day on Page 8.*

## Y.O.U. students hear from federal inmates



It is easy for young people to turn a deaf ear to their parents, teachers, ministers, counselors and others who are trying to help them learn to make wise decisions. It is much more difficult to turn a deaf ear to those who are sharing their stories about their bad choices and the price they are now paying for their mistakes.

Recently, five inmates from the Oakdale Federal Detention Center met with Y.O.U. students, their parents, and younger siblings to present "A Day in My Life Behind Bars", describing their typical day which begins at 6 a.m. and ends with lights out at 9 p.m. with a full day of work in between.

The men are members of an in-house volunteer organization entitled S.T.A.R.T. (Striving Toward A Rewarding Tomorrow). Members are chosen by an expert panel based upon their personal testimonies, good behavior, and sentence received and served. If selected, they are permitted to share their personal stories with groups such as Y.O.U. The men are escorted to each speaking engagement by a team of prison professionals.

See YOU, Page 8

### YOU
Continued From Page 1

With great passion and determination, the S.T.A.R.T. Team shared their spellbinding personal stories about the wrong choices they made and the consequences they are now experiencing as a result of those wrong choices. Their goal is to help these young people learn from the mistakes the men themselves made as youths and to ... today's young ... from going down the wrong path as the inmates did years before.